IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC, | No. 3:18-cv-00284-MEM |
| Plaintiff, <br> vs. | Civil Action |
| PERMANENT EASEMENTS OF 1.29 ACRES ± AND TEMPORARY EASEMENTS OF 2.38 ACRES ± IN TOWAMENSING TOWNSHIP, CARBON COUNTY, PENNSYLVANIA, TAX PARCEL NOS. 15-56-A18.07A and 15-56-A18, 18.02; <br><br> ROY B. CHRISTMAN and LINDA A. CHRISTMAN, Husband and Wife; and <br><br> AND ALL UNKNOWN OWNERS, <br><br> Defendants. | Eminent Domain <br><br><br><br> FILED ELECTRONICALLY |

## **STIPULATION**

WHEREAS, comes counsel for Plaintiff, PennEast Pipeline Company, LLC ("PennEast"), and Defendant, who hereby stipulate as follows:

1. PennEast filed a Notice of Voluntary Dismissal without Prejudice on September 27, 2021.

2. The parties agree that any objection, petition, or application by Defendant in response to PennEast's Notice of Voluntary Dismissal without Prejudice must be filed within thirty days.

3. Defendant does not waive the right to include any fees incurred during this litigation in a petition for fees, to include fees associated with the filing of a fee petition; and PennEast does not waive the right to challenge the same.

4. It is the intention of the parties that this Stipulation be entered as an Order of Court.

SO STIPULATED:

**Keefer, Wood, Allen & Rahal, L.P.**

BY: /s/ *Donald M. Lewis, III*
    Donald M. Lewis, Esq.
    414 Walnut Street, 3rd Floor
    P.O. Box 11963
    Harrisburg, PA 17108-1963
    717-255-8038 AND 8014
    Attorneys for PennEast
    Pipeline Company, LLC

**Faherty Law Firm**

BY: /s/ *Michael Faherty*_____
    Michael Faherty, Esq.
    75 Cedar Avenue
    Hershey, PA 17033
    717-256-3000
    Attorneys for Defendant Landowner

Dated:  10/14/2021

SO ORDERED:

_____
The Honorable Malachy E. Mannion

## **CERTIFICATE OF SERVICE**

I, Donald M. Lewis III, Esquire, one of the attorneys for plaintiff PennEast Pipeline Company, LLC, hereby certify that the foregoing paper has been served upon counsel of record via the ECF system this date, as follows:

>Anthony M. Corby, Esquire
>Michael F. Faherty, Esquire
>Faherty Law Firm
>75 Cedar Avenue
>Hershey, PA  17033
>acorby@fahertylawfirm.com
>mfaherty@fahertylawfirm.com

KEEFER WOOD ALLEN & RAHAL, LLP

Dated:  October 14, 2021           By     s/ Donald M. Lewis III
                                          Donald M. Lewis III, Of Counsel